# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Rodney R. Parker <br> *Petitioner* <br> v. <br> Warden Broad River Correctional Institution <br> *Respondent* | ) <br> ) <br> ) Civil Action No. 5:18-cv-1240-TLW <br> ) <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: This Petition is hereby dismissed without prejudice. A certificate of appealability is denied.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, United States District Judge who adopts the Report and Recommendation of the Honorable Kaymani D West, United States Magistrate Judge.

Date: April 19, 2019

*CLERK OF COURT*

s/Debbie Stokes
*Signature of Clerk or Deputy Clerk*